GARY BEITER, Appellant, v MARY ANNE BEITER, Respondent. (Appeal No. 2.) [887 NYS2d 896]—Appeal from a second amended order of the Supreme Court, Monroe County (Daniel J. Doyle, J.), entered April 14, 2008 in a divorce action. The second amended order, among other things, adjudged that certain retirement benefits of plaintiff are marital property.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Gartley v Gartley*, 15 AD3d 995, 996 [2005]). Present—Hurlbutt, J.P., Centra, Fahey, Carni and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT CARELOCK, Appellant. [887 NYS2d 889]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered September 1, 2005. The judgment convicted defendant, upon a jury verdict, of burglary in the third degree and attempted petit larceny.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of burglary in the third degree (Penal Law § 140.20) and attempted petit larceny (§§ 110.00, 155.25). Viewing the evidence in light of the elements of the crime of burglary as charged to the jury (*see People v Danielson*, 9 NY3d 342, 349 [2007]), we conclude that the verdict with respect to that crime is not against the weight of the evidence (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). The sentence is not unduly harsh or severe. Present—Scudder, P.J., Hurlbutt, Martoche, Centra and Peradotto, JJ.